1 | **BURSOR & FISHER, P.A.**
2 | L. Timothy Fisher (State Bar No. 191626)
  | Joel D. Smith (State Bar No. 244902)
3 | Yeremey O. Krivoshey (State Bar No. 295032)
  | 1990 North California Blvd., Suite 940
4 | Walnut Creek, CA 94596
  | Telephone: (925) 300-4455
5 | Facsimile: (925) 407-2700
  | E-Mail:   ltfisher@bursor.com
6 |           jsmith@bursor.com
7 |           ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICK ROBERTS, on behalf of himself and all others similarly situated, | Case No. 3:17-cv-00990-LB |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| SAFEWAY, INC., | **[F.R.C.P. 41(a)(1)(A)(i)]** |
| Defendant. | |

NOTICE OF DISMISSAL; CASE NO. 3:17-CV-00990-LB

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Robert Patrick hereby
2  dismisses his individual claims against Safeway in their entirety and with prejudice.

3  Dated:  March 20, 2017                     Respectfully submitted,

4                                              **BURSOR & FISHER, P.A.**

5                                              By:   */s/ Joel D. Smith*
6                                                         Joel D. Smith

7                                              L. Timothy Fisher (State Bar No. 191626)
                                                Joel D. Smith (State Bar No. 244902)
8                                              Yeremey O. Krivoshey (State Bar No.295032)
                                                1990 North California Blvd., Suite 940
9                                              Walnut Creek, CA  94596
                                                Telephone: (925) 300-4455
10                                             Email:  ltfisher@bursor.com
                                                        jsmith@bursor.com
11                                                      ykrivoshey@bursor.com

12                                             *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
3/21/2017
APPROVED
Judge Laurel Beeler